# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| OLIVER J. DEL RIO,<br><br>                Plaintiff,<br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                Defendant. | MEMORANDUM DECISION AND ORDER DENYING PLAINTIFF'S MOTION AWARD OF SSA BENEFITS<br><br>Case No. 1:19-cv-24 DBP<br><br>District Judge<br><br>Magistrate Judge Dustin B. Pead |

      Before the court is Oliver J. Del Rio's (Plaintiff's) Motion Award of SSA Benefits. (ECF No. 25.) Local Rule 7-4 that governs a review of an administrative agency decision, such as in this case, provides in relevant part: "the following pleadings are not appropriate and must not be filed with the court: … (D) a motion to affirm or reverse the agency's decision." Plaintiff's motion is in essence a motion to reverse the agency's decision and award benefits. As such, this motion is an improper filing under the Local Rules. The court, therefore, denies this motion. The court will issue a decision concerning whether or not to affirm the Commissioner's decision in due course.

      Accordingly, Plaintiff's motion is denied as improper.

      DATED this 13 April 2020.

                                            _____
                                            Dustin B. Pead
                                            United States Magistrate Judge